UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ISSAC CASTILLO, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-00227 |
| | § | |
| STAR TEX GASOLINE & OIL | § | |
| DISTRIBUTORS, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the parties' Stipulation of Dismissal without Prejudice (D.E. 15), the Court enters final judgment dismissing this action without prejudice.

ORDERED this 27th day of January, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE